02-04-09

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | | |
|---|---|---|
| HUNG TRINH | : | DOCKET NO. 2:08-CV-0982<br>Section P |
| VS. | : | JUDGE DOHERTY |
| SOUTH LOUISIANA CORRECTIONAL CENTER, DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT, AND ATTORNEY GENERAL | : | MAGISTRATE JUDGE METHVIN |

## *JUDGMENT*

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the Respondents' "Motion to Dismiss" [doc. 17] is **GRANTED** and accordingly, this petition is **DISMISSED** as moot.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 4 day of February, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE: 2/4/09
BY:
TO:
CB